

28 Liberty Street, 30th Floor • New York, NY 10005
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

December 15, 2021

**VIA CM/ECF**
Honorable James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

    Re:    *Martinez et al. v. MPM Enterprises, Inc. et al.*, **No. 2:20-cv-04965**

Dear Judge Wicks:

    We represent the Plaintiffs in the above referenced matter. We write to inform the Court that the Parties have reached a settlement in principle. We respectfully request 45 days to finalize a settlement agreement and file the appropriate approval papers.

    The Parties request that the Status Conference scheduled for December 16, 2021 at 9:30am be adjourned.

    The Parties request that all case deadlines be adjourned *sine die* given the settlement.

    We thank the Court for its time and consideration of our request.

    Respectfully submitted,

    Brian S. Schaffer

CC:

Hon. Joanna Seybert, U.S.D.J. (via CM/ECF)
Defense Counsel (via CM/ECF)